UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

MARY MIHOVIC,

        Plaintiff,

-v-                                No. 09 Civ.9584 (LTS)

CAMBRIDGE, HUXLEY & ASSOCIATES,
LLC,

        Defendant.

------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 5 2009

## ORDER

        WHEREAS, this action was commenced by the filing of a Complaint on November 18, 2090; and

        WHEREAS, such Complaint asserts that the claim arises from calls allegedly made to Plaintiff's residence, the cover sheet indicates that Plaintiff resides in Croton-on-Hudson, in Westchester County, and Defendant is situated in Erie County; it is hereby

        ORDERED, that Plaintiff shall, no later than **December 15, 2009,** show cause in writing (with courtesy copy provided for Chambers) as to why this case should not be designated to the White Plains Courthouse pursuant to Rule 21 of the Southern District of New York Rules for the Division of Business.


Dated: New York, New York
       November 24, 2009

                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge